HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:14-cr-00226 JAM |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| GEORGE HRISTOVSKI, | ) Date:   October 7, 2014 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for GEORGE HRISTOVSKI, that the status conference hearing date of October 7, 2014 be vacated, and the matter be set for status conference on November 18, 2014 at 9:30 a.m.

This continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 18, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  October 2, 2014                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender


                                            */s/ Matthew M. Scoble*
                                            MATTHEW M. SCOBLE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            GEORGE HRISTOVSKI

Dated: October 2, 2014                      BENJAMIN WAGNER
                                            United States Attorney


                                            */s/ Michele M. Beckwith*
                                            MICHELE M. BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 2, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Tuesday, October 7, 2014, be vacated and that a status conference be set for Tuesday, November 18, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 2, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of October 2, 2014, through and including November 18, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: October 2, 2014                      /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court Judge