HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-00226 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| GEORGE HRISTOVSKI, | Date:   January 6, 2015<br>Time:  9:30 a.m. |
| Defendant. | Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for GEORGE HRISTOVSKI, that the status conference hearing date of November 18, 2014 be vacated, and the matter be set for status conference on January 6, 2015 at 9:30 a.m.

This continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | Dated:  November 17, 2014 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
GEORGE HRISTOVSKI

Dated: November 17, 2014        BENJAMIN WAGNER
United States Attorney

*/s/ Michele M. Beckwith*
MICHELE M. BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the November 17, 2014, status conference hearing be continued to January 6, 2015, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 6, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 17, 2014        /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge