1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )       Case №:2:14-mj-0166 DAD
                                     )
9              Plaintiff,            )              **O R D E R**
                                     )         **APPOINTING COUNSEL**
10         vs.                       )
    GEORGE HRISTOVSKI,               )
11                                   )
              Defendant.             )
12                                   )
                                     )
13  _____ )

14          The defendant has, under oath, sworn or affirmed as to his financial inability to employ
    counsel.

15
            OFFENSE: 18 USC § 2251(a)(e)
16
            CJA Panel attorney Michael Chastaine is hereby appointed effective December 3, 2014,
17  the date the Office of the Federal Defender first contacted him.

18          APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT

19  SUPPORTING APPOINTMENT.

20  Dated:  December 4, 2014

21                                      _____
                                        CAROLYN K. DELANEY
22                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

ORDER APPOINTING COUNSEL            1