MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
George Hristovski

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>GEORGE HRISTOVSKI,<br><br>           Defendants. | Case No.: 2:14 CR 226 JAM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

    Defendant George Hristovski by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Michelle Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, May 5, 2015 at 9:15 a.m. to Tuesday, June 16, 2015 at 9:15 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

    Additional time is required for defense preparation.  The defense has requested medical records of Mr. Hriskovski that we believe are relevant to Mr. Hriskovski's state of mind and the potential resolution of this matter.  The defense has not yet received the requested records.  After receipt they will need to be reviewed and potentially an expert will need to be retained.  This will take time and is necessary to investigate Mr. Hriskovski's case.  The continuance is necessary to give the defense time to complete the investigation and consult with Mr. Hriskovski to discuss options.

    Counsel for the Government has no objection to this request.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 3, 2015                            The CHASTAINE LAW OFFICE


By:  ____/s/ Michael Chastaine
      MICHAEL CHASTAINE
      Attorney for George Hristovski

Dated: May 3, 2015                            BENJAMIN B. WAGNER
      United States Attorney

By:  ____/s/ Michelle Beckwith
      MICHELLE BECKWITH
      Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, May 5, 2015 at 9:15 a.m. be continued to Tuesday, June 16, 2015 at 9:15 a.m. and that the period from May 5, 2015 to June 16, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  5/4/15                            /s/ John A. Mendez_____
      HONORABLE JOHN A. MENDEZ
      District Judge
      United States District Court