MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
George Hristovski

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 226 JAM |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERNCE |
| v. | ) |
| GEORGE HRISTOVSKI, | ) |
| Defendant. | ) |

Defendant George Hristovski by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Michelle Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, November 17, 2015 at 9:15 a.m. to Tuesday, December 15, 2015 at 9:15 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Additional time is required for defense preparation.  The defense has requested medical records of Mr. Hriskovski that we believe are relevant to Mr. Hriskovski's state of mind and the potential resolution of this matter.  The defense has received the requested records and has been reviewing the same.  These records are being summarized and used as mitigating evidence in an attempt to resolve the matter.  This will take time and is necessary to properly defend Mr. Hriskovski's case.  Further, there is additional investigation that is required in Mr. Hriskovski's case that the defense is actively pursuing.  The continuance is necessary to give the defense time to complete the investigation and consult with Mr. Hriskovski to discuss options.

Counsel for the Government has no objection to this request.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 12, 2015                    The CHASTAINE LAW OFFICE


By: _____/s/ Michael Chastaine
     MICHAEL CHASTAINE
     Attorney for George Hristovski

Dated: November 12, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney


By: _____/s/ Michelle Beckwith
     MICHELLE BECKWITH
     Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, November 17, 2015 at 9:15 a.m. be continued to Tuesday, December 15, 2015 at 9:15 a.m. and that the period from November 17, 2015 to December 15, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   11/12/2015                    /s/ John A. Mendez_____
                                       HONORABLE JOHN A. MENDEZ
                                       District Judge
                                       United States District Court