BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
JOSH F. SIGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HRISTOVSKI,<br><br>Defendant. | CASE NO.  14-CR-226 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 15, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 15, 2015.

2. By this stipulation, defendant now moves to continue the status conference until January 12, 2016 at 9:15 a.m., and to exclude time between December 15, 2015, and January 12, 2016 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 1606 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection or copying.

   b) The defense has requested medical records of Mr. Hristovski that the defense

believes are relevant to Mr. Hristovski's state of mind and the potential resolution of this matter. The defense has received the requested records and has been reviewing the same. These records are being summarized and used as mitigating evidence in an attempt to resolve the matter. Further, there is additional investigation that is required in Mr. Hristovski's case that the defense is actively pursuing. The continuance is necessary to give the defense time to complete the investigation and consult with Mr. Hristovski to discuss options.

        c)      Counsel for the government has no objection to this continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2015 to January 12, 2016 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 11, 2015                      BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ *Josh F. Sigal*
                                                   Josh F. Sigal
                                                   Assistant United States Attorney

Dated:  December 11, 2015                      /s/ *Josh F. Sigal*
                                                   Josh F. Sigal
                                                   Counsel for Defendant
                                                   GEORGE HRISTOVSKI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of December, 2015.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE