MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
George Hristovski

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HRISTOVSKI,<br><br>Defendant. | Case No.: 2:14 CR 226 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

  Defendant George Hristovski by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Michelle Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, January 12, 2016 at 9:15 a.m. to Tuesday, March 1, 2016 at 9:15 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

  Additional time is required for defense preparation.  The defense has obtained and organized numerous medical records of Mr. Hristovski that we believe are relevant to Mr. Hristovski's state of mind and the potential resolution of this matter.  The defense has presented parts of these records along with an offer to resolve the case to the prosecution.  The prosecution is currently reviewing the documents and considering the offer.  This will take time and is necessary to properly defend Mr. Hristovski's case.  Further, there is additional investigation that is required in Mr. Hristovski's case that the defense is actively pursuing.  The continuance is

necessary to give the defense time to complete the investigation and allow the prosecution to review the new material provided by the defense.

Additionally, counsel for Mr. Hristovski will be out of the country for two (2) weeks in February 2016 and will have limited availability in February.

Counsel for the Government has no objection to this request.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 5, 2016                    The CHASTAINE LAW OFFICE

                                          By:  ___/s/ Michael Chastaine
                                               MICHAEL CHASTAINE
                                               Attorney for George Hristovski

Dated: January 5, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:  ___/s/ Michelle Beckwith
                                               MICHELLE BECKWITH
                                               Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, January 12, 2016 at 9:15 a.m. be continued to Tuesday, March 1, 2016 at 9:15 a.m. and that the period from January 12, 2016 to March 1, 2016 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: 1/5/2016                           /s/ John A. Mendez_____
                                          HONORABLE JOHN A. MENDEZ
                                          District Judge
                                          United States District Court