PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HRISTOVSKI,<br><br>Defendant. | CASE NO. 2:14-CR-226 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 24, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on June 24, 2016.

2.  By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between June 24, 2016, and July 29, 2016, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes multiple investigative reports and related documents in electronic form, including multiple documents obtained via subpoena, as well as computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendant desires additional time for defense preparation. Counsel

for Mr. Hristovski has recently completed two back-to-back jury trials. As a result, Counsel for Mr. Hristovski requires additional time to meet with Mr. Hristovski, review evidence and prepare his defense. The defense has obtained and organized numerous medical records of Mr. Hristovski that we believe are relevant to Mr. Hristovski's state of mind and the potential resolution of this matter. This will take time and is necessary to properly defend Mr. Hristovski's case. The continuance is necessary to give the defense time to complete the investigation.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 21, 2016                                                PHILLIP A. TALBERT
                                                                                      Acting United States Attorney

                                                                                      /s/ MICHELE BECKWITH
                                                                                      MICHELE BECKWITH
                                                                                      Assistant United States Attorney

Dated:  June 21, 2016                                                /s/ George Hristovski
                                                                                      George Hristovski
                                                                                      Counsel for Defendant
                                                                                      George Hristovski

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3