PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GEORGE HRISTOVSKI,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:14-CR-226 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: July 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 29, 2016.

　　a) By this stipulation, defendant now moves to continue the status conference until September 23, 2016, and to exclude time between July 29, 2016, and September 23, 2016, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes multiple investigative reports and related documents in electronic form, including multiple documents obtained via subpoena, as well as computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time for defense preparation. Defense counsel has recently concluded one federal trial and is set to begin another the week of August 1, 2016. Given his impacted trial schedule and the need to prepare for, and try, those cases, he is currently unavailable to try this case and to otherwise conduct necessary investigation and discovery review. As a result, Counsel for Mr. Hristovski requires additional time to meet with Mr. Hristovski, review evidence, and prepare his defense. The continuance is necessary to give the defense time to complete the investigation.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2016 to September 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 27, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated: July 27, 2016

/s/ GEORGE HRISTOVSKI
GEORGE HRISTOVSKI
Counsel for Defendant
George Hristovski

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 27, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3