MICHAEL CHASTAINE SBN: 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, CA 95670
(916)932-7150
Attorneys for George Hristovski

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE HRISTOVSKI,<br><br>　　　　　　　　Defendant. | CASE NO.  2:14-CR-226  GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 23, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　　By previous order, this matter was set for status on September 23, 2016.

2.　　By this stipulation, defendant now moves to continue the status conference until November 4, 2016, and to exclude time between September 23, 2016, and November 4, 2016, under Local Code T4.

3.　　The parties agree and stipulate, and request that the Court find the following:

　　　a)　　The government has represented that the discovery associated with this case includes recorded interviews, reports of investigation, and internet and email records in both paper and electronic format.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　　b)　　Defense counsel needs additional time to consult with his client and prepare for the defense of this case.  The continuance is necessary to give the defense time to complete the investigation and allow the prosecution to continue to review the material provided by the

defense.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2016 to November 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 20, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated:  September 20, 2016

/s/ MICHAEL L. CHASTAINE
MICHAEL L. CHASTAINE
Counsel for Defendant
George Hristovski

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3