| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | GEORGE HRISTOVSKI |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-226 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) Date: May 26, 2017 |
| GEORGE HRISTOVSKI, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for May 26, 2017, at 9:00 a.m., to, June 23, 2017, at 9:00 a.m.

The reasons for the continuance are that defense counsel requires time to consult with the defendant about discovery, and to conduct investigation. Defense counsel also requires further time to meet and confer with his client regarding a proposed plea agreement.

Counsel and the defendant agree that the Court should exclude the time from today through June 23, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stipulation to Continue -1-

| | | |
|---|---|---|
| 1 | DATED: May 23, 2017 | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| 2 | | |
| 3 | | Federal Defender |
| 4 | | /s/ M. Petrik<br>MICHAEL PETRIK, Jr. |
| 5 | | Assistant Federal Defender<br>Attorneys for GEORGE HRISTOVSKI |
| 6 | | |
| 7 | DATED: May 23, 2017 | PHILLIP A. TALBERT |
| 8 | | United States Attorney |
| 9 | | /s/ M. Petrik for |
| 10 | | MICHELE BECKWITH<br>Assistant U.S. Attorney |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for June 23, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including June 23, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated: May 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge