HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　vs.<br><br>GEORGE HRISTOVSKI,<br><br>　　　　*Defendant-Movant.* | Case No: 2:14-CR-226-JAM<br><br>**SEALING ORDER**<br><br>JUDGE: Hon. John A. Mendez |

　　　　IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that confidential medical information is not available on the public docket.

　　　　These documents shall remain under seal until further Order of the Court.

　　　　**IT IS SO ORDERED.**

DATED: October 2, 2020　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE