MCGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HRISTOVSKI,<br><br>Defendant. | CASE NO. 2:14-CR-00226-JAM<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 30, 2020. Docket No. 90. The government's response is due on October 9, 2020, with any reply from the defendant due on October 14, 2020. Docket No. 92.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 15, 2020;

STIPULATION RE BRIEFING SCHEDULE                   1

b)     The defendant's reply to the government's response to be filed on or before October 22, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 9, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ MIRA CHERNICK<br>MIRA CHERNICK<br>Assistant United States Attorney |
| Dated:  October 9, 2020 | /s/ RACHELLE BARBOUR<br>RACHELLE BARBOUR<br>Counsel for Defendant<br>GEORGE HRISTOVSKI |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)     The government's response to the defendant's motion, Docket No. 90, is due on or before October 15, 2020;

b)     The defendant's reply to the government's response, if any, is due on October 22, 2020.

IT IS SO FOUND AND ORDERED this 13th day of October, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE