HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
RACHELLE BARBOUR, #185395_
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I St. Third Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710
Rachelle.Barbour@fd.org

Attorneys for Defendant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-226-JAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| GEORGE HRISTOVSKI, | |
| Defendant. | |

It is hereby stipulated and agreed to by the parties, Defendant George Hristovski, through his attorney Assistant Federal Defender Rachelle Barbour, and the United States of America, through its attorney, Assistant United States Attorney Mira Chernick, that Mr. Hristovski may have until Thursday, October 29, 2020, to file his Reply in support of his Motion for Compassionate Release. Mr. Hristovski has requested this additional time to address recently received medical records.

//

//

GEORGE HRISTOVSKI/ Stipulation

1

A proposed order is set forth below for the Court's convenience.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: October 22, 2020                       /s/ R. Barbour
                                                RACHELLE BARBOUR
                                                Assistant Federal Defender
                                                Counsel for Defendant
                                                GEORGE HRISTOVSKI

Date: October 22, 2020                       McGREGOR SCOTT
                                                United States Attorney

                                                /s/ Mira Chernick

                                                MIRA CHERNICK
                                                Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

DATED: October 23, 2020               /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

GEORGE HRISTOVSKI/ Motion for Compassionate Release