HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No:  2:14-cr-226-JAM |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | **SEALING ORDER** |
| | ) | |
| GEORGE HRISTOVSKI, | ) | |
| | ) | |
| *Defendant-Movant.* | ) | JUDGE:  Hon. John A. Mendez |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibits D and E to Defendant-Movant's Reply in Support of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that confidential medical information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: October 29, 2020          /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE