UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 26, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HRISTOVSKI<br><br>Defendant. | Case No. 2:14-cr-0226 JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GEORGE HRISTOVSKI</u> Case No. <u>2:14-cr-0226 JAM</u> Charges <u>18 U.S.C. §3606</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   _____   Unsecured Appearance Bond $ _____

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   __X__   (Other): The defendant is to be released on 6/26/2023, forthwith.

Issued at Sacramento, California on June 26, 2023 at 2:10 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney