HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. GEORGE HRISTOVSKI, Defendant. | Case No: 2:14-cr-00226-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIN/DENY HEARING AND EXCLUDE TIME**<br><br>District Judge John A. Mendez<br>New Date: October 31, 2023<br>Time:  9:00 a.m. |
|---|---|

    IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MICHELE BECKWITH, First Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, GEORGE HRISTOVSKI, with the concurrence of the Probation Office that the admit/deny hearing currently set for August 29, 2023, be continued to Tuesday, October 31, 2023 at 9:30 a.m.

    The defense offers the following information in support of this request.  Mr. Hristovski is out of custody and receiving his second course of chemotherapy for Stage IV malignant esophageal cancer.  Mr. Hristovski has had severe reactions to the chemotherapy, including anemia, and has lost over 40 pounds in the last two months.  Mr. Hristovski has a PET scan on September 1, 2023, and will meet with his oncologist on September 14, 2023 to discuss the results of the scan and determine if the chemotherapy has been able to stop his cancer from spreading or has shrunk it.

The parties and the Probation Officer agree with the request to continue this matter in light of Mr. Hristovski's health.

Date: August 23, 2023

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        GEORGE HRISTOVSKI

DATED:  August 23, 2023        PHILLIP A. TALBERT
        United States Attorney

        /s/ Michele Beckwith
        MICHELE BECKWITH
        First Assistant U.S. Attorney
        Attorney for the United States

**O R D E R**

**IT IS HEREBY ORDERED** that the admit/deny hearing currently set for August 29, 2023, is **CONTINUED** to **Tuesday, October 31, 2023, at <u>9:00 a.m</u>.**

Dated: August 23, 2023        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        SENIOR UNITED STATES DISTRICT JUDGE