HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GEORGE HRISTOVSKI,<br><br>  Defendant. | Case No:  2:14-cr-00226-JAM<br><br>**STIPULATION AND ORDER TO REMOVE LOCATION MONITORING CONDITION (#14)**<br><br>District Judge Hon. John A. Mendez |

  IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MICHELE BECKWITH, First Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, GEORGE HRISTOVSKI, with the concurrence of the Probation Office, that the location monitoring condition, imposed by the magistrate court on June 26, 2023, and formally added by the district court on June 28, 2023 (Doc. 116) be removed.

  Mr. Hristovski has been out of custody and compliant with the location monitoring condition since its imposition.  He has been receiving chemotherapy for Stage IV malignant esophageal cancer and has required increasing care as his health deteriorates.  Mr. Hristovski has had severe reactions to the chemotherapy, including anemia, and has lost over 40 pounds in the last three months.  On September 5 and 6, 2023, Mr. Hristovski was unable to get out of bed without falling.  His legs were swollen, and his electronic ankle monitor had to be loosened by his Probation Officer.  Mr. Hristovski went to the Emergency Room on September 6, 2023 and

has been diagnosed with acute kidney failure.  Further, based on a recent PET scan, his oncologist has told him that the cancer has spread despite the chemotherapy and that there is no treatment that will help.  Mr. Hristovski has been admitted to the hospital until he can be transferred to a nursing home for palliative or hospice care.

In light of this, the parties and the Probation Officer agree that the location monitoring condition is no longer appropriate.  They jointly request that it be removed by this Court.

Date: September 7, 2023

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        GEORGE HRISTOVSKI

DATED:  September 7, 2023        PHILLIP A. TALBERT
        United States Attorney

        /s/ Michele Beckwith
        MICHELE BECKWITH
        First Assistant U.S. Attorney
        Attorney for the United States

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **REMOVES** special condition #14 (the location monitoring condition) from Mr. Hristovski's conditions of supervision.

Dated: September 07, 2023        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        SENIOR UNITED STATES DISTRICT JUDGE