HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GEORGE HRISTOVSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:14-cr-00226-JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE ADMIN/DENY** |
| GEORGE HRISTOVSKI, | District Judge John A. Mendez |
| Defendant. | New Date: November 14, 2023<br>Time:         9:00 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MICHELE BECKWITH, First Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, GEORGE HRISTOVSKI, with the concurrence of the Probation Office that the admit/deny hearing currently set for October 31, 2023, be continued to Tuesday, **November 14, 2023, at 9:00 a.m.**

The defense offers the following information in support of this request.  Mr. Hristovski is out of custody and in hospice at a nursing home.  His medical situation is increasingly dire; at this point he is receiving medicine only for pain relief. He is intermittently coherent.  His Stage IV malignant esophageal cancer is not being treated.  He is also in kidney failure.

//

//

Stipulation/Order – Hristovski                                              1

Defense counsel requests this continuance in light of Mr. Hristovski's medical issues. The parties and the Probation Officer agree with the request to continue this matter in light of Mr. Hristovski's health.

Date: October 5, 2023

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        GEORGE HRISTOVSKI

DATED: October 5, 2023        PHILLIP A. TALBERT
        United States Attorney

        /s/ Michele Beckwith
        MICHELE BECKWITH
        First Assistant U.S. Attorney
        Attorney for the United States

## O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

Dated: October 05, 2023        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        SENIOR UNITED STATES DISTRICT JUDGE